USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                :

In re petition of Decolar.com Ltda. for an Order  :
Pursuant to 28 U.S.C. § 1782 for issuance of a     :
Subpoena to Interbrand Holdings, LLC.           :         1:20-mc-256

                                                                                :
------------------------------------------------------------- X         ORDER

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the Ex Parte Application Decolar.com Ltda. for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than July 31, 2020, and to retain proof of service. Any opposition to the application must be served no later than August 14, 2020. Petitioner's reply, if any, is due no later than August 21, 2020.

      The Court will hold a hearing on the Application on September 4, 2020 at 10:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      SO ORDERED.

Dated: July 20, 2020
       New York, New York

                                                                      _____
                                                                        GREGORY H. WOODS
                                                                    United States District Judge