```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re petition of Decolar.com Ltda. for an Order             :
Pursuant to 28 U.S.C. § 1782 for issuance of a               :
Subpoena to Interbrand Holdings, LLC.                        :       1:20-mc-256
                                                             :
------------------------------------------------------------ X       ORDER

GREGORY H. WOODS, United States District Judge:

On September 4, 2020, the Court held a hearing during which it read into the record its ruling on Petitioner's request to take discovery pursuant to 28 U.S.C. § 1782. For the reasons articulated on the record during that conference, Petitioner's request to issue the subpoena presented to the Court at Dkt. No. 9-1 pursuant to Section 1782, is granted. Dkt. No 7. Petitioner is directed to serve a copy of this order on Respondent.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining deadlines, and to close this matter.

SO ORDERED.

Dated: September 4, 2020

_____
GREGORY H. WOODS
United States District Judge