```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re petition of Decolar.com Ltda. for an Order              :
Pursuant to 28 U.S.C. § 1782 for issuance of a                :
Subpoena to Interbrand Holdings, LLC.                         :        1:20-mc-256
                                                              :
------------------------------------------------------------- X        ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2020

GREGORY H. WOODS, United States District Judge:

Petitioner's October 23, 2020 letter motion to compel, Dkt. No. 22, is denied without prejudice. If Petitioner wishes to compel Respondent to comply with the subpoena authorized by the Court on September 4, 2020, Dkt. No. 19, it should present the Court with a proposed order to show cause. The application for an order to show cause must be submitted in accordance with the Court's Individual Rules of Practice in Civil Cases.

Petitioner is directed to serve a copy of this order on Respondent, and to retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.

Dated: October 24, 2020

_____
GREGORY H. WOODS
United States District Judge